In the Matter of CITIZENS AGAINST SPRAWL-MART, by LEO F. AL-CURI, et al., Appellants, v CITY OF NIAGARA FALLS et al., Respondents.

Submitted May 14, 2007; decided July 2, 2007

Reported below, 35 AD3d 1190.

Motion, insofar as it seeks leave to appeal as against Bender-son Development Company, Inc. and Randall Benderson 1993-1 Trust, dismissed as untimely (see CPLR 5513 [b]; 2103 [b] [6]); motion, insofar as it seeks leave to appeal as against the City of Niagara Falls, the City Council of Niagara Falls, the Planning Board of the City of Niagara Falls and the Zoning Board of Appeals of the City of Niagara Falls, denied.

In the Matter of DISNEY ENTERPRISES, INC., et al., Appellants, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted May 21, 2007; decided July 2, 2007

Reported below, 40 AD3d 49.

Motion by Council on State Taxation for leave to file a letter amicus curiae on the Court of Appeals' examination of its subject matter jurisdiction of the appeal herein granted and the letter is accepted as filed.

In the Matter of EDMONA H. et al. CORPORATION COUNSEL OF THE CITY OF NEW YORK et al., Respondents; HARRY EDMOND R., Appellant.

Submitted May 7, 2007; decided July 2, 2007

Reported below, 2007 NY Slip Op 65250(U).

Motion for leave to appeal dismissed upon the ground that appellant is not a party to this proceeding.